DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
MEGHAN CLAIR
Certified Student Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REYNALDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-00355-CKD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO SET A STATUS CONFERENCE |
| ) | |
| REYNALDO VASQUEZ, ) | |
| ) | Date: January 24, 2013 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Carolyn K. Delaney |
| _____ ) | |

    The United States Attorney through his respective counsel, ASHWIN JANAKIRAM, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, Attorney for REYNALDO VASQUEZ, and Certified Student Attorney, MEGHAN J. CLAIR, hereby stipulate to vacate the Trial Confirmation Hearing set for November 29, 2012 and the Jury Trial set for December 10, 2012 and set a Status Conference hearing for January 24, 2013 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

    The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through January 24, 2013 for defense preparation and investigation.

Specifically, Defense Counsel needs additional time to obtain documents relating to Mr. Vasquez's family law proceedings. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Rule T4].

Dated:  November 27, 2012         Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Linda C. Harter
                                  LINDA C. HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  REYNALDO VASQUEZ

                                  /s/ Meghan J. Clair
                                  MEGHAN J. CLAIR
                                  Certified Student Attorney

Dated: November 27, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Ashwin Janakiram
                                  ASHWIN JANAKIRAM
                                  Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE